UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br>Minwind I, LLC<br>    Debtor. | No. 15-30015<br>Chapter 11 |
| Minwind II, LLC<br>    Debtor. | No. 15-30016<br>Chapter 11 |
| Minwind III, LLC<br>    Debtor. | No. 15-30017<br>Chapter 11 |
| Minwind IV, LLC<br>    Debtor. | No. 15-30018<br>Chapter 11 |
| Minwind V, LLC<br>    Debtor. | No. 15-30019<br>Chapter 11 |
| Minwind VI, LLC<br>    Debtor. | No. 15-30020<br>Chapter 11 |
| Minwind VII, LLC<br>    Debtor. | No. 15-30021<br>Chapter 11 |
| Minwind VIII, LLC<br>    Debtor. | No. 15-30022<br>Chapter 11 |
| Minwind IX, LLC<br>    Debtor. | No. 15-30023<br>Chapter 11. |

DECLARATION OF RELATEDNESS OF CHAPTER 11 CASES

1. I am the authorized representative of each of the above Debtors. I submit this declaration to comply with Paragraph 3 of the Chapter 11 instructions for the United States Bankruptcy Court for the District of Minnesota.

2. On January 6, 2015, each of the Debtors listed above filed Petitions under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Minnesota.

3. Each Debtor has a common structure of Members, the same management company and is the owner of a single wind generator with common transmission and sale agreements, though they are distinct entities. There is no direct relationship that makes these Debtors affiliates; yet their business structures, assets and creditors make them interrelated entities.

4. The Debtors intend to file an expedited Motion for Joint Administration of their Chapter 11 cases.

5. I declare under penalty of perjury that the information contained in this declaration is true and correct according to the best of my knowledge, information and belief.

Dated: January 6, 2015

_____
James Ouverson
Authorized Representative